UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONIQUE FAULK                                JURY TRIAL DEMANDED

v.                                           CASE NO. 3:09CV

TRANSUNION LLC
LINCOLN TECHNICAL INSTITUTE, INC.

## COMPLAINT

1. This is an action against defendants for actual, statutory and punitive damages, injunctive relief, costs and attorney's fees brought pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.*, the Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-645 *et seq,* the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a *et seq.*, the Consumer Credit Reports Act ("CCRA"), Conn. Gen. Stat. §36a-695, and common law.

2. This Court has jurisdiction. 15 U.S.C. §1681p and 28 U.S.C. §1331 and §1367.

3. Plaintiff is an individual who resides in Connecticut.

4. The defendant TransUnion is a consumer reporting agency within the meaning of the Fair Credit Reporting Act.

5. The defendant Lincoln is a corporation authorized to do business in Connecticut.

6. The defendant Lincoln was a furnisher of information about credit accounts to Trans Union and other consumer reporting agencies.

7. Lincoln furnished information to consumer reporting agencies about an account ending in 3567 which appeared on plaintiff's consumer files.

8. TransUnion and other consumer reporting agencies received one or more disputes from plaintiff that the Lincoln tradeline should not be in her consumer file.

9. TransUnion or other consumer reporting agencies conveyed plaintiff's dispute to Lincoln.

10. On September 30, 2009, after dispute, TransUnion incorrectly listed the tradeline.

11. Despite receiving disputes from plaintiff and the consumer reporting agencies, Lincoln did not report the account as disputed. Nor did TransUnion.

12. Upon information and belief, each defendant violated the FCRA by failing or refusing to comply with the obligation to properly reinvestigate the plaintiff's disputes or correct the disputed reporting.

13. Upon information and belief, each defendant acted willfully within the meaning of the FCRA.

14. This action does not constitute a request or authorization for any defendant or its representative to access plaintiff's credit file in existence on or after the date hereof.

15. As a direct and proximate result of each defendant's conduct, the plaintiff suffered actual damage including damage to his credit reputation, reduction of her credit score, difficulty or inability to obtain credit, embarrassment, worry, and anxiety.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, statutory, compensatory and punitive;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

THE PLAINTIFF

BY__/Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net