**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MONIQUE FAULK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No: 3:09-CV-01956 (MRK) |
| v. ) | |
| ) | |
| TRANS UNION LLC and LINCOLN ) | |
| TECHNICAL INSTITUTE, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

     Pursuant to Fed. R. Civ. P. Rule 41(a), the plaintiff, Monique Faulk, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed without costs and with prejudice.

| | |
|---|---|
| */s/ Bruce S. Luckman* | */s/ Joanne S. Faulkner* |
| BRUCE S. LUCKMAN (ct 10830) | Joanne S. Faulkner, Esq. |
| Kogan, Trichon & Wertheimer, P.C | 123 Avon Street |
| 1818 Market St., 30th Floor | New Haven, CT  06511 |
| Philadelphia, PA 19103 | 203-772-0395 |
| (215) 575-7600; Fax: (215) 575-7688 | Email: j.faulkner@snet.com |
| E-mail: bluckman@mstkw.com | |
| | *Counsel for Plaintiff* |
| *Counsel for Defendant, Trans Union LLC* | |

DATED:     March 1, 2010